1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
9                              AT SEATTLE

10   NICANOR MEJIA GARCIA,                    )
                                              )   CASE NO. C09-0096-MJP-MAT
11              Petitioner,                   )
                                              )   ORDER DIRECTING PETITIONER TO
12        v.                                  )   FILE A RESPONSE TO RESPONDENTS'
                                              )   MOTION FOR RECONSIDERATION
13                                            )
     ERIC H. HOLDER, JR., Attorney General of )
14   the United States, et al.,               )
                                              )
15              Respondents.                  )

16        This matter comes before the Court on respondents' Motion for Reconsideration. (Dkt.

17   33). Respondents ask the Court to reconsider its previous Order granting petitioner's motion to

18   compel discovery, Dkt. 32, based on new evidence that petitioner was released on his own

19   recognizance on May 4, 2009. (Dkt. 33, Exs. A & B). Respondents assert that because

20   petitioner is no longer detained by the U.S. Immigration and Customs Enforcement ("ICE"), his

21   habeas petition has become moot and should be dismissed. *Id*. Respondents also argue that

22   because petitioner's habeas petition has become moot, his motion to compel discovery should

23   now be denied. *Id*.

24

25

26
     ORDER DIRECTING PETITIONER TO FILE A RESPONSE
     TO RESPONDENTS' MOTION FOR RECONSIDERATION
     Page - 1

1    Having considered respondents' motion for reconsideration and the remainder of the

2  record, the Court hereby ORDERS:

3         (1)  Pursuant to Local Rule CR 7(h)(3), petitioner shall file a response to respondents'

4  motion for reconsideration no later than May 29, 2009.

5         (2)  The response is limited to 3 pages or less.

6         (3)  No reply by respondents shall be filed.

7         (4)  Respondents' motion for reconsideration (Dkt. 33) shall be RE-NOTED for

8  consideration on May 29, 2009.

9         (5)  The Clerk shall forward a copy of this Order to all counsel of record.

10        DATED this 22nd day of May, 2009.

11                                               s/ Mary Alice Theiler
                                                 United States Magistrate Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26
ORDER DIRECTING PETITIONER TO FILE A RESPONSE
TO RESPONDENTS' MOTION FOR RECONSIDERATION
Page - 2